UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                      Plaintiff,

-v-                                         CASE NO. 13-CR-339

TERRY NICHOLAS

                      Defendant(s).

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## **NOTICE OF APPEARANCE**

OFFICE OF THE FEDERAL PUBLIC DEFENDER

☒    I, the undersigned, hereby appear as Attorney of Record on behalf of the defendant in the above-entitled action.  The Defendant hereby invokes his Fifth and Sixth Amendment Rights to silence and representation by counsel.  The Defendant refuses to be questioned or interviewed by anyone without the advice and presence of the undersigned counsel, whether regarding this case or any other investigation.

                                    ~ ~ ~ ~ ~

☐    I will appear as counsel for the Defendant.  This is the first appearance of counsel from the Office of the Federal Public Defender.

☐    Please accept my appearance as substituted counsel for the Defendant, in place of:

Who previously appeared from the Office
of the Federal Public Defender on behalf
of the Defendant in this case.

I further certify that I am registered for Electronic Case Filing and am familiar with General Order #22.

*Timothy E. Austin*                           */s/Timothy E. Austin*
Name (Printed)                                  (Signature)

January 13, 2014
(Date)

CERTIFICATE OF SERVICE

      I hereby certify that on , I electronically filed the foregoing Notice of Appearance with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following: Jeff Coffman, Assistant U. A. Attorney.

      And, I hereby certify that I have mailed by the United States Postal Service the document to the following non-CM/ECF Participants:

      */s/Timothy E. Austin*
      Assistant Federal Public Defender
      Bar Roll No. 508098
      Attorney for Defendant
      39 North Pearl Street, 5th Floor
      Albany, New York 12207
      Telephone: (518) 436-1850
      Fax: (518) 436-1780
      E-mail: tim_austin@fd.org