AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Northern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    13-CR-339 |
| Terry Nicholas | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Terry Nicholas                                                                                      .

Date:      04/17/2014

/s/ Daniel DeMaria
*Attorney's signature*

Daniel DeMaria (Bar No. 518452)
*Printed name and bar number*

Merchant Law Group LLP
203 East Post Road
White Plains, New York 10601

*Address*

ddemaria@nyslitigators.com
*E-mail address*

(914) 620-2225
*Telephone number*

(877) 607-5419
*FAX number*